AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Glenda Felice Savery,<br>and<br>Michelle Colleen Bradley,<br><br>*Defendant(s)* | Case No. 19-6074-HUNT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 12, 2019__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 963 | To knowingly and willfully combine, conspire, confederate, and agree with other persons to import into the United States, from a place outside thereof, a controlled substance, that is, 500 grams or more of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Clancy Dunnigan, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/13/2019

_____
Judge's signature

City and state: Ft. Lauderdale, Florida

Patrick M. Hunt, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Clancy Dunnigan, first being duly sworn, states as follows:

1. I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"). I am assigned to the Assistant Special Agent in Charge, Fort Lauderdale Office in Broward County, Florida. As a Special Agent ("SA"), I am responsible for investigating violations of federal law relating to immigration and customs enforcement. I have been employed with HSI since March 2008. I have received training on, and have experience investigating, violations of federal narcotics and money laundering laws. These investigations also involved physical and electronic surveillance, conducting the installation of court-ordered tracking devices, executing search warrants, seizing narcotics-related assets, and making arrests for state and federal offenses. During my time with HSI, I have either been the lead or supporting agent in criminal investigations dealing with the possession, manufacture, distribution, and importation of controlled substances and the laundering of narcotics proceeds. I have participated in the debriefing of defendants, informants, and others who have knowledge of the manufacturing, distribution, transportation, storage and importation of controlled substances and the laundering of drug proceeds. As a law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, I am empowered by law to conduct investigations of and make arrests for, but not limited to, offenses enumerated in Titles 18, 19, 21, 31 and 46 of the United States Code.

2. This affidavit is made in support of a criminal complaint against Glenda Felice SAVERY ("SAVERY") and Michelle Colleen BRADLEY. As set forth below, I respectfully submit there is probable cause to believe SAVERY and BRADLEY did knowingly and willfully combine, conspire, confederate, and agree with each other and other persons to

import into the United States, from a place outside thereof, a controlled substance, that is, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 963.

3. This affidavit is based upon my own personal knowledge, as well as information provided to me by other law enforcement personnel and non-law enforcement sources. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each fact known to me as it relates to this matter.

4. On or about February 12, 2019, SAVERY, a United States Citizen, arrived in the United States at the Fort Lauderdale/Hollywood International Airport ("FLL"), in Broward County, and in the Southern District of Florida, from Kingston, Jamaica, onboard JetBlue Airlines flight number 1676. SAVERY was admitted to the United States as a returning United States Citizen.

5. While conducting canine sweeps of baggage arriving from Kingston, CBP Canine Officer Jansco and her Canine "Dark" alerted to a soft-sided "YUEHUAPAI" brand bag. CBP Officer (CBPO) Jansco observed SAVERY retrieve her two (2) checked bags, both "YUEHUAPAI" brand bags, from the baggage carousel and then escorted SAVERY to baggage control secondary for a bag exam. During the examination, SAVERY informed the CBP Officers that the two suitcases were her cousin's but that the contents belonged to her.

6. CBP Officers emptied the contents of both suitcases. The suitcases contained some food items and clothing. CBP Officers X-rayed the suitcases and detected

an anomaly in the rails of the suitcases. SAVERY was escorted to a search room due to the discovery of the anomalies. After the suitcase was X-rayed, CBP probed the rails of the suitcases and observed a white powdery substance. The white powder inside the rails field-tested positive for the presence of cocaine. The suspected cocaine had an approximate combined weight of 1.43 kilograms.

7. Your AFFIANT advised SAVERY of her *Miranda* rights. SAVERY voluntarily waived her rights and agreed to speak with law enforcement without an attorney present. SAVERY identified her "cousin" as Michelle BRADLEY ("BRADLEY) and stated that BRADLEY offered SAVERY the opportunity to earn $3,000 USD to fly to Jamaica and return with unspecified contraband. SAVERY stated that while in Jamaica she met with multiple individuals and that a Jamaican male, identified at the time only by a nickname, replaced the bag she travelled with to Jamaica with the bags found in her possession at the time of her arrest.

8. SAVERY signed a written consent form to allow law enforcement to examine her cellular phone. SAVERY stated that BRADLEY instructed her to delete her WhatsApp messaging application prior to landing in the United States for her return trip.

9. SAVERY contacted BRADLEY while being consensually monitored by law enforcement. BRADLEY indicated she could not pick SAVERY up at the airport. When SAVERY stated that she would leave "y'all's" items at the airport, BRADLEY responded by asking SAVERY why she was discussing that on the phone. BRADLEY ultimately agreed to meet SAVERY at the Westfield Broward Mall, located at 8000 West Broward Blvd, Plantation, Florida 33388.

10. Law enforcement agents observed BRADLEY arrive at the mall in a black Nissan Titan. She simultaneously called SAVERY and instructed SAVERY to meet her in the parking lot near the mall entrance. SAVERY was observed meeting with BRADLEY in the parking lot and placing both bags into the black pickup truck being operated by BRADLEY, before entering the vehicle. At that time, both BRADLEY and SAVERY were taken into custody by Special Agents with HSI.

11. Following her arrest, BRADLEY waived her *Miranda* rights and provided the details of her involvement in the overall conspiracy to import cocaine within the suitcases. BRADLEY stated that she recruited SAVERY to act as courier to import cocaine. BRADLEY also admitted to having paid for SAVERY's U.S. Passport, which SAVERY had obtained on an expedited basis shortly before her trip to Jamaica. BRADLEY further admitted to providing SAVERY with an address in Jamaica, with instructions for SAVERY to list that address on U.S. Customs forms as the place SAVERY had stayed while in Jamaica. BRADLEY also stated that another individual had asked her to coordinate the importation of cocaine from Kingston, Jamaica to Fort Lauderdale, Florida.

12. Based on the foregoing facts, your Affiant respectfully submits that there is probable cause to believe that SAVERY and BRADLEY did knowingly and willfully combine, conspire, confederate, and agree with each other and other persons to import into the United States, from a place outside thereof, a controlled substance, that is, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of

Title 21, United States Code, Section 963.

    FURTHER AFFIANT SAYETH NAUGHT.

_____
CLANCY DUNNIGAN, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Subscribed to and sworn before me at Fort Lauderdale, Florida, this 13th day of February, 2019.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE